01-15-00872-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 10:21:06 AM
CHRISTOPHER A. PRINE
Clerk

October 8, 2015

HONORABLE MICHAEL MCSPADDEN
209TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name· JUSTIN T. WILLIAMS

Cause No   1387898

Court   209TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:**  10/02/15
**Sentence Imposed Date:**  10/02/15
**Court of Appeals Assignment:**  First  Court of Appeals
**Appeal Attorney of Record:**  TO BE DETERMINED

Sincerely,

D Bullock
Criminal Post Trial Deputy

CC. Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TERRI JOHNSTONE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

Cause No. 1387898

THE STATE OF TEXAS

V.

JUSTIN WILLIAMS , A/K/A/ _____

2 89, District Court / County Criminal Court at Law No.

Harris County, Texas

**FILED**
Chris Daniel
District Clerk
OCT 02 2015

Time. _____
Harris County, Texas
Deputy

NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___Oct. 2, 2015___ (date), the defendant in the above-numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☑ MOVES to withdraw
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

_____
**Date**

JUSTIN WILLIAMS
**Defendant (Printed name)**

_____
**Attorney (Signature)**

RANDY MARTIN
**Attorney (Printed name)**

13091500
**State Bar Number**

1201 FRANKLIN, LT
**Address**

713-368-0016
**Telephone Number**

**The defendant (check all that apply):**

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____
**Defendant (Signature)**

Justin Williams
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___10-2-2015___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___10/2/15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☒ **IS** indigent for the purpose of

☒ employing counsel

☒ paying for a clerk's and court reporter's record

☒ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☒ Counsel's motion to withdraw **is GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☐ Defendant's / appellant's motion is **GRANTED** and

☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set

☒ **DENIED** and is **SET** at **NO BOND** (Felony Only)

DATE SIGNED. ___10/6/15___

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO _____,
HARRIS COUNTY, TEXAS

for Judge Flannebin




Cause No. **1387898**

| | |
|---|---|
| **THE STATE OF TEXAS** | **IN THE 209 DISTRICT COURT** |
| v | **COUNTY CRIMINAL COURT AT LAW NO. ____** |
| **JUSTIN WILLIAMS**, Defendant | **HARRIS COUNTY, TEXAS** |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

☑ is not a plea-bargain case, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal [*or*]

☐ the defendant has waived the right of appeal

FILED
Chris Daniel
District Clerk

_____
Judge
for Judge Flenniken

_____  OCT 02 2015
Date Signed
Harris County, Texas

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing Address _____
Telephone number _____
Fax number (if any) _____

_____
Defendant's Counsel
State Bar of Texas ID number **13899500**
Mailing Address _____
Telephone number _____
Fax number (if any) _____

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial. or (B) after getting the trial court's permission to appeal. TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2)

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _1387898_          OFFENSE: _Agg Clan Apal~_

THE STATE OF TEXAS                    _209_ DISTRICT COURT

VS.                                   OF

_JUSTIN WILLIAMS_                     HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _JUSTIN WILLIAMS_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_Justin Williams_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _5_ day of _October_ A.D., 20 _15_.

DEPUTY DISTRICT CLERK
_209_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

_10/7/15_

On _10/6/15_ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that _HCPDO / Davic Schindler_ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _Terri Johnston / MaryAnn Rodriguez_, by certified mail return receipt requested.

JUDGE PRESIDING
_209_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Davcie Schindler HCPDO_ Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)                   _24013495 / 01175928_
                                       BAR/SPN NUMBER

_1201 Franklin 13th floor_             _Houston TX 77006_
ADDRESS                                CITY        STATE        ZIP

_713 274 6717_                         _713 368 9278_
PHONE                                  FAX NUMBER

_davcie.schindler@pdo.hctx.net_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _____. _2/1995_

DEPUTY DISTRICT CLERK (SIGNATURE)
**DISTRICT CLERK**

# APPEAL CARD    1st

Court __209__  12-01-15   Cause No. __1387898__

## The State of Texas
## Vs

__Justin Williams__

10-02-15

**Date Notice
Of Appeal:** __10/2/15__

**Presentation:**                    Vol.____ Pg.____

**Judgment:**                    Vol.____ Pg.____

**Judge Presiding** __Terry Flenniken__

**Court Reporter** __Terri Johnstone__

**Court Reporter** _____

**Court Reporter** _____

**Attorney
on Trial** _____

**Attorney
on Appeal** _____

Appointed____ Hired____

**Offense** __Agg Robbery w/ deadly weapon__

**Jury Trial**       Yes _X_ No ____

**Punishment
Assessed** __60 Years TDC, $10,000 fine__

**Companion Cases
(If Known)** _____

**Amount of
Appeal Bond** _____

**Appellant
Confined:**    Yes _X_ No ____        22/996

**Date Submitted
To Appeal Section** DEC 3 2015 _____

**Deputy Clerk** __Apkeita Baxter__